Ethan M. Lowry, State Bar No. 278831
Wilson Lau, State Bar No. 307151
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:       elowry@bfesf.com
               wlau@bfesf.com

Attorneys for Defendant
COUNTY OF SONOMA



IT IS SO ORDERED

Judge Kandis Westmore

January 28, 2026

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS SHANNON,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA, COUNTY OF SONOMA, STATE OF CALIFORNIA, and DOES 1 to 10,<br><br>          Defendants. | Case No. 4:25-cv-10741-KAW<br><br>**STIPULATION REGARDING PLAINTIFF'S MOTION TO REMAND AND TO EXTEND DEFENDANT COUNTY OF SONOMA'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; ORDER**<br><br><br><br>**Hon. Kandis A. Westmore** |

Plaintiff DOUGLAS SHANNON and defendant COUNTY OF SONOMA ("COUNTY"), by and through their counsel of record, hereby represent to the Court as follows:

On January 5, 2026, Plaintiff filed his First Amended Complaint in the above captioned action and Defendants' responsive pleading is due January 26, 2026.

On January 16, 2026, Plaintiff filed his Motion to Remand to Sonoma Superior Court on the grounds that his First Amended Complaint does not present any federal questions.

On January 16 and 21, 2026, the Parties met and conferred regarding Plaintiff's Motion.

The Parties agreed to remand this matter based on the First Amended Complaint and that Defendant COUNTY retains the right to challenge the sufficiency of the First Amended Complaint at the Sonoma Superior Court.

The Parties stipulate and agree that the time within which Defendant COUNTY may file and serve a response to the First Amended Complaint shall be extended to thirty (30) days, from the date the matter is remanded to the Sonoma Superior Court.

The stipulation is for good cause and will not result in undue delay in the administration of this case. No previous extensions have been sought in this action.

**IT IS SO STIPULATED AND AGREED.**

Dated:  January 23, 2026                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:     _/s/ Wilson Lau_____
        Ethan M. Lowry
        Wilson Lau
        Attorneys for Defendant
        COUNTY OF SONOMA

1

Dated: January 23, 2026                THE LAW OFFICES OF MICHAEL A. KAHN


By: _____*/s/ Jeffrey Garfinkel*_____
    Michael A. Kahn
    Jeffrey Garfinkel
    Attorneys for Plaintiff
    DOUGLAS SHANNON


**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: January 23, 2026

By: _____*/s/ Wilson Lau*_____
    Wilson Lau

2

STIPULATION REGARDING PLAINTIFF'S MOTION TO REMAND AND TO EXTEND DEFENDANT COUNTY OF SONOMA'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; ORDER
*Shannon v. County of Sonoma, et al.* U.S.D.C. Northern District of California, Case No.: 3:25-cv-10741-KAW